UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | **CRIM. NO. 97-CR-60039-01** |
| | \* | |
| **VERSUS** | \* | **JUDGE TERRY DOUGHTY** |
| | \* | |
| **MANUEL DAVID HERNANDEZ** | \* | **MAG. JUDGE WHITEHURST** |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Manuel David Hernandez's ("Hernandez") claim regarding the application of the First Step Act, which was set forth in his post-conviction motions docketed as "Motion to Reduce Sentence Under the First Step Act" [Doc. No. 182], "Motion to Vacate under 28 U.S.C. 2255" [Doc. No. 189], and "Motion to Reduce Sentence Under the First Step Act" [Doc. No. 190], is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the claims set forth in the above-referenced post-conviction motions that could have been raised in his earlier Section 2255 motions are **DISMISSED WITHOUT PREJUDICE.** This Court does not have jurisdiction to hear those claims. Hernandez must obtain authorization from the Fifth Circuit to present such assertions in the district court.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Hernandez's final claims set forth in the above-referenced post-conviction motions, regarding the institution where he is presently incarcerated, are **DISMISSED WITHOUT PREJUDICE**. This Court does not have jurisdiction to hear those claims. Those claims must be raised in the jurisdiction of incarceration.

Monroe, Louisiana, this 27th day of February, 2020.

_____
**TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE**