Re: Letter Motion for the Appointment of Counsel To Litigate my Relief Under (Ramos v. Louisiana)

(Page 1 of 2)

June 21st, 2020

RECEIVED
JUL 13 2020
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

Dear, Clerk of Court

This is Mx. Manuel Hernandez #09766-035 Criminal Case # 97-60039-001 And, I'm in Need of "Court Appointed Counsel" to Litigate, and properly-argue my "Relief" under:

Re: [Ramos v. Louisiana and Non-unanimous jury verdicts] (Supreme Court No. 18-5924) (April 20, 2020)

On February 5th, 1998, I remember one juror Ms. Green, crying before the jury openly stated the verdict of guilty in my case on all nine-counts.

My Attorney at that time Ghon-Ghio, said, she was crying because, Ms. Green, and two other juror's did not vote for my guilt.

A, juror note was sent to Judge Haik, and he told them that, "if" the majority of juror members found me guilty, then her vote of "not-guilty" would not count.

I, was found guilty by a Non-unanimous jury verdict, 2/5/1998. [Ramos v. Louisiana] applies to me.

I, need Counsel because I am still on the COVID-19 "Shut-IN".

And, my Court Appointed Public Defender, did render unto me (ineffective-assistance of counsel) in violation of my 6th Amendment.

I, hereby, file this "Letter" Motion (Ramos v. Louisiana) moving this Honorable Court of Review to Appoint "Private Counsel" or a "Law-firm" to fully review, the potential impact of (Ramos v. Louisiana) and the benefit I may receive.

I, am unable to conduct Research, since the COVID-19 has my entire institution on A COVID-19 "Lockdown". And has been on "Modified" Shut-In/Stay At Home since March 15th, 2020.

I, Appreciate This Honorable Court of Review's Attention.

I, Am Most Respectfully,

Mx. Manuel D. Hernandez #09966
#09766-035
U.S.P. Florence High
P.O. Box 7000
Florence, Colorado 81226

(Page 2 of 2)

✱ Certificate of Service ✱

I, Manuel D. Hernandez hereby send to the Clerk of Court for The Western District of Louisiana the following:

One- Motion Letter Requesting Court Appointed Counsel being Private Counsel, To fully Review And Then Litigate my Rights and Relief Afforded Under (Ramos v. Louisiana)

Supreme Court No. 18-5924 (April 20, 2020)

Due To my inability, inaccessibility under my 1st Amendment federal Right, to "seek" due process and Redress My Grievances To The Honorable Court of Lafayette, LA U.S.D.C.