# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 97-CR-60039-01** |
| | * | |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **MANUEL DAVID HERNANDEZ** | * | **MAG. JUDGE WHITEHURST** |

## MEMORANDUM ORDER

Pending before the Court is Defendant Manuel David Hernandez's ("Hernandez") Letter/Motion to Appoint Counsel [Doc. No. 217]. Hernandez requests the Court appoint him counsel to review the potential impact to his case of the United States Supreme Court decision in *Ramos v. Louisiana*, 140 S.Ct. 1390 (2020). The Court does not appoint counsel to review the possible impact of Supreme Court decisions on a particular case. If Hernandez believes he has a basis to submit a 28 U.S.C. § 2255 motion, he should do so. However, Hernandez is reminded that he must obtain authorization from the United States Court of Appeal for the Fifth Circuit to present a second and successive claim under § 2255. Accordingly,

**IT IS ORDERED** that Hernandez's Letter/Motion to Appoint Counsel [Doc. No. 217] is **DENIED**.

Monroe, Louisiana, this 14th day of July, 2020.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**